UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **RANDALL D. WOODARD** | * | **CIVIL ACTION NO. 11-2102** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **CAPITAL ONE AUTOMOTIVE FINANCING** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the above-captioned complaint is hereby DISMISSED, without prejudice, for lack of subject matter jurisdiction. Fed.R.Civ.P. 12(h)(3).

**IT IS FURTHER ORDERED** that the motion to dismiss for failure to state a claim upon which relief can be granted [doc. # 7] filed by defendant, Capital One Auto Finance, (improperly named in the complaint as "Capital One Automotive Financing") is DENIED, as moot.

THUS DONE AND SIGNED this 21st day of February, 2012, at Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE